UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION-INDUSTRY PENSION FUND, *et al.*, )))) | |
| Plaintiffs, ) | Case No. 1:20-cv-4071 |
| v. ) | Judge Pallmeyer |
| HARI 108 LLC d/b/a ILLINOIS VALLEY FOOD & DELI )) | |
| Defendant. ) | |

## ORDER AND FINAL JUDGMENT

This Court considered the Motion for Entry of Default and Final Judgment by Default, Memorandum in Support of Motion for Entry of Default and Final Judgment by Default, Declarations of Mary Karsten, Jeffrey S. Endick, and David Huffman-Gottschling, and Supplement to the Motion filed by Plaintiffs United Food and Commercial Workers International Union-Industry Pension Fund and its Trustees (collectively, "the Fund"). There has been no response filed.

THEREFORE, IT IS ORDERED that a DEFAULT JUDGMENT is hereby ENTERED against Defendant HARI 108 LLC d/b/a Illinois Valley Food & Deli payable to the Fund in the total amount of $324,937.52 which is comprised of the following amounts:

1. Previously accrued liquidated damages in the amount of $149.35 and attorneys' fees in the amount of $2,097.00 for Defendant's breach of a settlement agreement with Plaintiffs;

2. Withdrawal liability in the amount of $248,128.00;

1

3. Interest on the withdrawal liability in the amount of $9,011.11;

4. Liquidated damages for delinquent withdrawal liability in the amount of $49,625.60;

5. Plaintiffs' attorneys' fees and costs in the amount of $15,926.46.

The Court FURTHER ORDERS Defendant to pay Plaintiffs' attorneys' fees and costs incurred in executing the judgment.

The Court FURTHER ORDERS Defendant to pay post-judgment interest on the above judgment amounts at the rate permitted by 29 U.S.C. § 1961 from the date of this Judgment to the date paid.

This ORDER is without prejudice to any further claim Plaintiffs may have against Defendant.

This ORDER AND FINAL JUDGMENT disposes of all claims and parties in the above-captioned lawsuit and is appealable.

SO ORDERED.

Dated: April 23, 2021

_____
REBECCA R. PALLMEYER
UNITED STATES DISTRICT JUDGE

20959069v1